No. 99–8681 (99A767). COE v. TENNESSEE. Sup. Ct. Tenn. Application for stay of execution of sentence of death, presented

1035

to JUSTICE STEVENS, and by him referred to the Court, denied. Certiorari denied.